for the Death of ROBERT SHERMAN, under the Workmen's Compensation Law, Respondent, v. INDIA-WHARF BREWING COMPANY, Employer, and INTERBORO MUTUAL INDEMNITY INSURANCE COMPANY, Insurer, Appellants. — Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPH P. PIENTKA, for Compensation under the Workmen's Compensation Law, Respondent, v. THOMPSON NORRIS COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed, on the authority of *Matter of Rendino* v. *Continental Can Co.* (226 N. Y. 565) and *Yodakis* v. *Smith & Sons Carpet Co.* (193 App. Div. 150; affd., 230 N. Y. 593). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of OTOLJA MEZYNSKI and Minor Dependents, for Compensation under the Workmen's Compensation Law for the Death of ROMAN MEZYNSKI, Respondent, v. STERLING IRON AND RAILWAY COMPANY, Employer; THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Sent back to the Commission for further proofs and findings.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of DANIEL CAIN, Respondent, for Compensation under the Workmen's Compensation Law, v. TECHNOLA PIANO COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.